■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO PEGUERO-SANTANA, Appellant.—Case held, decision reserved, and matter remitted to Onondaga County Court for further proceedings, in accordance with same Memorandum as in *People v Peguero-Castillo* (174 AD2d 1026 [decided herewith]). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession Controlled Substance, 1st Degree.) Present—Callahan, J. P., Denman, Green, Pine and Lowery, JJ.